NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001055
15-APR-2013
10:04 AM

NO. CAAP-12-0001055

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHAD ULMER, Petitioner-Appellant, v.
SHAWN HUNADI, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5SS-12-1-000022)

ORDER APPROVING THE STIPULATION
TO DISMISS APPEAL FILED ON APRIL 1, 2013
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the parties' stipulation to dismiss appeal, filed on April 1, 2013, and the record herein, it appears this appeal has been docketed and the parties seek to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rule 42, with the parties to bear their own appellate costs and attorney's fees. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and attorney's fees.

DATED: Honolulu, Hawai'i, April 15, 2013.

Chief Judge

Associate Judge

Associate Judge